No. 10–8464. MORRIS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.;

No. 10–8470. PHILLIPS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.; and

No. 10–8502. PORTALATIN *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.